HENRY E. RAABE, Appellant, v. CARRIE B. PORTER and Another, Respondents. — Action to recover for personal injuries sustained by plaintiff when struck, while crossing a city street, by an automobile owned by one defendant and operated by the other. Appeal from judgment in favor of defendants, entered on the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

MICHAEL RAYCRAFT, an Infant, by His Guardian ad Litem, ELLEN RAYCRAFT, Respondent, v. THE NEWBURGH TRANSFER AND STORAGE COMPANY, Appellant. WILLIAM RAYCRAFT, Respondent, v. THE NEWBURGH TRANSFER AND STORAGE COMPANY, Appellant.— Action for damages for personal injuries suffered by the infant plaintiff as the result of a collision between an automobile in which he was riding and a truck parked diagonally upon a street in violation of a statute and without lights in violation of a statute. Action by infant's father for loss of services. Judgments for plaintiffs and orders denying motions for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

ROBINSWOOD ESTATES, INC., Appellant, v. MARTIN J. McEVOY and Others, Defendants, and BAYSIDE-FLUSHING COMPANY, Respondent.— Order denying motion to amend judgment of foreclosure and sale reversed on the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion in all respects granted, without costs; the order to provide that defendant Bayside-Flushing Company, second mortgagee, as well as the plaintiff, may have the privilege of purchasing the premises at the foreclosure sale, subject to the unpaid taxes and assessments. (*McConihe Realty Co.* v. *Scharnberger, Inc.*, 240 App. Div. 861.) Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

GEORGE WINZINGER, Respondent, v. HUNTINGTON LAUNDRY, INC., Appellant.— Action for personal injuries and property damage arising from a collision between plaintiff's automobile and defendant's motor truck. Judgment and order of the County Court of Suffolk county reversed on the facts and a new trial ordered, costs to abide the event, unless within ten days from the entry of the order herein plaintiff stipulate to reduce to $250 the amount of the verdict entered in his favor, in which event the judgment, as so reduced, and the order, are unanimously affirmed, without costs. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.